

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/13/2015

COLLIER, DERRICK CARLOS * Tr. Ct. No. 614901-A

WR-83,139-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DERRICK CARLOS COLLIER
CLEMENTS UNIT - TDC # 716851
9601 SPUR 591
AMARILLO, TX

RTS-FOE

02 1M
0004279596
MAILED FROM ZIPCODE 78701
APR 23 2015
$ 00.26⁵
PITNEY BOWES